UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

www.flmb.uscourts.gov

In re:

Keith A. Yerian,

    Debtor.
_____/

Chapter 7
Case No.: 6:15-bk-01720-KSJ

RICHARD B. WEBBER, II
CHAPTER 7 TRUSTEE,

    Plaintiff,

v.

KEITH A. YERIAN;
SUN Y. PAK; and MWAGUSI
SOFTWARE, LLC

    Defendants.
_____/

ADV. NO.: 15-ap-00064-KSJ

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Sun Y. Pak, Defendant in the above-captioned adversary proceeding, by and through undersigned counsel, appeals under 28 U.S.C. § 158(a) to the United States District Court for the Middle District of Florida the Final Judgment of the United States Bankruptcy Court for the Middle District of Florida entered in this case on February 24, 2017, granting Final Judgment in favor of Richard B. Webber, II, the Chapter 7 Trustee, and against Sun Y. Pak in the above-captioned adversary proceeding (Doc. 141) (the "Final Judgment").

The names of all parties to the Final Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1

Keith A. Yerian, Debtor
5767 Treasure Lane
Grant, FL 32949

Sun Y. Pak
5767 Treasure Lane
Grant, FL 32949

Frank M. Wolff, Esq.
Frank martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
407-982-4448
Fwolff@fwolfflaw.com
Counsel for Defendants

J. Reid Yoder, Esq.
DiCaudo, Pitchford & Yoder, LLC
209 South Main Street, 3rd Floor
Akron, OH 44308
330-762-7477
ryoder@dpylaw.com
Counsel for Defendants

Richard B. Webber, II, Esq., Trustee
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
407-425-7010
rwebber@zkslawfirm.com
Plaintiff and Counsel for Plaintiff

Bradley J. Anderson, Esq.
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802
407-425-7010
banderson@zkslawfirm.com
Counsel for Plaintiff

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
**NARDELLA & NARDELLA, PLLC**
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com
afebres@nardellalaw.com

Attorneys for Sun Y. Pak

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the District Court.

2

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

## CERTIFICATE OF SERVICE

I CERTIFY that on March 10th, 2017, a true and correct copy of the above Notice of Appeal has been furnished electronically via the Court's CM/ECF system or via U.S. Mail to the following, and to all others who requested to receive notice via this Court's CM/ECF filing system:

Keith A. Yerian, Debtor
5767 Treasure Lane
Grant, FL 32949

Sun Y. Pak
5767 Treasure Lane
Grant, FL 32949

Frank M. Wolff, Esq.
Frank martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
407-982-4448
Fwolff@fwolfflaw.com
Counsel for Defendants

J. Reid Yoder, Esq.
DiCaudo, Pitchford & Yoder, LLC
209 South Main Street, 3rd Floor
Akron, OH 44308
330-762-7477
ryoder@dpylaw.com
Counsel for Defendants

Richard B. Webber, II, Esq., Trustee
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
407-425-7010
rwebber@zkslawfirm.com
Plaintiff and Counsel for Plaintiff

Bradley J. Anderson, Esq.
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802
407-425-7010
banderson@zkslawfirm.com
Counsel for Plaintiff

Charles R. Sterbach, U.S. Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301
USTP.Region21@usdoj.gov

*/s/ Michael A. Nardella*
Michael A. Nardella

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Sun Y. Pak | Richard B. Webber, II, Trustee |
| Bankruptcy Case No. 6:15-bk-01720-KSJ | Adversary Case No. 15-ap-00064-KSJ |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Michael Nardella<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Suite 102<br>407-966-2680 | Bradley J. Anderson<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>315 E. Robinson Street, Suite 600<br>407-425-7010 |

### NATURE OF PROCEEDING

Check appropriate item

[✓] **Appeal pursuant to 28 USC §158**
Notice of Appeal filed: March 10, 2017
Date of Order Appealed: February 4, 2017
Title of Order Appealed: Final Judgment (Adversary Doc. 141)
Debtor's County of Residence: Brevard

[ ] **Motion to Withdraw Reference**
Filed: _____ By: _____

[ ] **Interlocutory Appeal**
Title of Interlocutory Order or Decree: _____
Date of Order or Decree: _____
Brief Description of Matter Appealed: _____

[ ] **Motion for Leave to Appeal**
Date Filed: _____

[ ] **Other** _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript? [✓] Yes  [ ] No
If not, do you intend to do so? [ ] Yes  [ ] No   If ordered, on what date? February 28, 2017

/s/ Michael A. Nardella
Attorney/Appellant