[Daptransmittalnoa] [TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT]

UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
FLORIDA _____ DIVISION
www.flmb.uscourts.gov

In re:

**Keith A Yerian**
Case No. 6:15-bk-01720

_____Debtor(s)_____/

**Richard Blackstone Webber, II**
Plaintiff(s)
vs.

Chapter 7

Adv. Pro. No. 6:15-ap-00064

**Keith A Yerian**
**Sun Y Pak**
**Mwagusi Software, LLC**

_____Defendant(s)_____/

## TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

Notice of Appeal filed by Sun Y. Pak on March 10, 2017 (Doc. No. 145)
Title of the order appealed is Final Judgment in Favor of Plaintiff (Doc. 141) entered on February 24, 2017r.

The party or parties included in the appeal to the District Court are:

APPELLANT:
**Sun Y Pak**
5767 Treasur Lane
Grant, FL 32949

ATTORNEY:
**Michael A Nardella**
Nardella & Nardella, PLLC
250 East Colonial Drive, Ste 102
Orlando, FL 32801

APPELLEE:
**Richard Blackstone Webber, II**
Zimmerman Kiser & Sutcliffe PA
315 East Robinson Street
Suite 600
Orlando, FL 32801

ATTORNEY:
**Bradley J Anderson**
Zimmerman Kiser & Sutcliffe PA
315 East Robinson Street
Suite 600
Orlando, FL 32801

ADDITIONAL PARTIES IN INTEREST INCLUDE:

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Notice of Appeal

The debtor's county of residence is Brevard, Florida.

DATED on March 13, 2017.

FOR THE COURT
Lee Ann Bennett, Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602