**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Sheryl L. Loesch                                                                                                          Benjamin C. Wynn
Clerk                                                                                                                    Orlando Division Manager

**In Re: Keith A. Yerian**

**SUN Y PAK,**

        **Appellant,**

v.                                                                             **Case No: 6:17-cv-460-Orl-31**

**RICHARD BLACKSTONE WEBBER, II ,**

        **Appellee.**

_____

**NOTICE OF FILING BANKRUPTCY APPEAL IN THE DISTRICT COURT**

**BANKRUPTCY CASE NO. 6:15-bk-01720**

A notice of appeal was filed on March 10, 2017.

The appeal has been assigned to the Honorable Gregory A. Presnell for all further proceedings.

Parties shall comply with the filing and format requirements established by Rule 8018 of the Rules of Bankruptcy Procedure and Rule 1.05 of the Local Rules of the United States District Court for the Middle District of Florida. All pleadings and/or other instruments related to this appeal shall be filed in the District Court. The caption of *all* pleadings and/or other instruments filed in this Court shall contain all of the District Court and Bankruptcy Court case numbers referenced above. Failure to comply may result in the pleading being rejected for filing, misrouted, or otherwise delayed in processing.

        SHERYL L. LOESCH, CLERK

        By:    s/R. Olsen, Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Parties of Record
Bankruptcy Court Clerk's Office