UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Keith A. Yerian

SUN Y PAK,

    Appellant,

v.                                     Case No.: 6:17-cv-460-Orl-31

RICHARD BLACKSTONE WEBBER, II,
as TRUSTEE,

    Appellee.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    1. Keith A. Yerian v. Richard B. Webber, II, as Trustee, Case No. 6:17-cv-00459-RBD before the United States District Court, Middle District of Florida.

    This action is a related appeal on a separate issue related to the debtor's exemptions, but from the same bankruptcy and same trial. Richard B. Webber, II, as Trustee, is a party to both actions. Nardella & Nardella, PLLC, is counsel for both appellants.

____  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: March 29, 2017

                                                            */s/ Michael A. Nardella*

Michael A. Nardella, Esq.
Florida Bar No. 051265
**NARDELLA & NARDELLA, PLLC**
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com
afebres@nardellalaw.com

Attorneys for Sun Y. Pak

## **CERTIFICATE OF SERVICE**

I CERTIFY that on March 29th, 2017, a true and correct copy of the above has been furnished electronically via Email to the following:

Richard B. Webber, II, Esq., Trustee
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
407-425-7010
rwebber@zkslawfirm.com
Appellee and Counsel for Appellee

Bradley J. Anderson, Esq.
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802
407-425-7010
banderson@zkslawfirm.com
Counsel for Appellee

Kevin Robinson, Esq.
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802
407-425-7010
krobinson@zkslawfirm.com
Counsel for Appellee

*/s/ Michael A. Nardella*
Michael A. Nardella
