# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Keith A. Yerian**

**SUN Y PAK,**

      **Appellant,**

**v.**                                                         **Case No:   6:17-cv-460-Orl-31**

**RICHARD BLACKSTONE WEBBER, II ,**

      **Appellee.**

## ORDER

It is **ORDERED** that his case is transferred to the Honorable Roy B. Dalton, with his permission, for consideration with 6:17-cv-459.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 13, 2017.



**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party